# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Levi Braziel, Jr.,

    Plaintiff,

v.                                                    **Civil No. 15-3448 (PJS/SER)**

Tom Roy, Eddie Miles, Becky Dooley, Kris Rish, Raenee Bennett, J. Bahl, Edward Stone, and Chad Parker,          **ORDER**

    Defendants.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that

1. The Motion to Dismiss of Defendants Tom Roy, Becky Dooley, Kris Rish, Raenee Bennett, Jason Bahl, Ed Stone, and Chad Parker [Doc. No. 13] is **DENIED as moot**;

2. Braziel's Motion for Summary Judgment [Doc. No. 23] is **DENIED without prejudice**; and

3. Defendants Commissioner Roy, Dooley, Rish, Bennett, Bah, Stone, and Parker's Motion for an Extension of the Deadline to Respond to Summary Judgment [Doc. No. 26] is **DENIED as moot**.

Dated: August 8, 2016

                                                                    s/Patrick J. Schiltz
                                                                      Patrick J. Schiltz
                                                                      United States District Judge