# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Levi Braziel, Jr.,

    Plaintiff,

v.

Tom Roy, Becky Dooley, Kris Rish, Raenee Bennett, Jason Bahl, Edward Stone, Bruce Reiser, Brian Erickson, Cindy Zetah, Sandra Gentry, and Chad Parker,

    Defendants.

Case No. 15-cv-3448 (PJS/SER)

**ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff Levi Braziel, Jr.'s Motion for Summary Judgment [Doc. No. 58] is **DENIED without prejudice**; and

2. Defendants Dooley, Rish, Bennett, Bahl, Stone, Parker, Reiser, Erickson, Zetah, and Gentry's Motion for an Extension of the Deadline to Respond to Summary Judgment [Doc. No. 61] is **DENIED as moot**.

Dated: 3/2/17

                                                                                       s/Patrick J. Schiltz
                                                                                   Patrick J. Schiltz
                                                                                   United States District Judge