UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Levi Braziel, Jr.,

      Plaintiff,

v.

Tom Roy, Becky Dooley, Kris Rish, Raenee Bennett, Jason Bahl, Edward Stone, Bruce Reiser, Brian Erickson, Cindy Zetah, Sandra Gentry, and Chad Parker,

      Defendants.

Case No. 15-cv-3448 (PJS/SER)

**ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff Levi Braziel, Jr.'s Motion for Summary Judgment [Doc. No. 77] is **DENIED**;

2. Defendants Dooley, Rish, Bennett, Bahl, Stone, Parker, Reiser, Erickson, Zetah, and Gentry's Motion for Summary Judgment [Doc. No. 80] is **GRANTED**; and

3. This case is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1/17/18

                                        s/Patrick J. Schiltz
                                        Patrick J. Schiltz
                                        United States District Judge